UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
Lower Manhattan Dialysis Center, Inc. et al.
               -v-
John P. Lantz, M.D. et al.

**Defendant**

Case No. 07 CV 6903

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John P. Lantz, M.D. and Marie Lantz (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.  None.



Deener, Stern & Hirsch, P.C.
2 University Plaza
Hackensack, NJ  07601
Tel:  (201) 343-8788
Fax:  (201) 343-4640
Email: ashramenko@deenerlaw.com
Attorneys for Defendant
John P. Lantz, M.D. and
Marie Lantz

**Date:** July 31, 2007

**Signature of Attorney**
ANDRE SHRAMENKO
**Attorney Bar Code:** AS 1309

Form Rule7_1.pdf