UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LOWER MANHATTAN DIALYSIS CENTER, INC.,
L-M DIALYSIS CORPORATION, LANTZ-MATALON
CHINATOWN ASSOCIATES, INC., and CHINATOWN
DIALYSIS CENTER, L.L.C.,

                         Plaintiffs,                        07 Civ. 6903 (DLC)

                        - against -

JOHN P. LANTZ, M.D. and MARIE LANTZ,

                        Defendants.
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter the appearance of OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. as counsel in this case for plaintiffs LOWER MANHATTAN DIALYSIS CENTER, INC., L-M DIALYSIS CORPORATION, LANTZ-MATALON CHINATOWN ASSOCIATES, INC. and CHINATOWN DIALYSIS CENTER, L.L.C.

I BERNARD BEITEL certify that I am admitted to practice in this court.

Dated: New York, New York
       August 14, 2007

                                    Respectfully submitted,

                                    Otterbourg, Steindler, Houston
                                      &ROSEN, P.C.

                                  By: _____s/Bernard Beitel_____
                                      Bernard Beitel (BB 8832)
                                      Lloyd M. Green (LG 9140)
                                      Of Counsel
                                 Attorneys for Plaintiffs
                                 230 Park Avenue
                                 New York, New York 10169
                                 (212) 661-9100

861947.2