UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LOWER MANHATTAN DIALYSIS CENTER, INC.,
L-M DIALYSIS CORPORATION, LANTZ-MATALON
CHINATOWN ASSOCIATES, INC., and CHINATOWN
DIALYSIS CENTER, L.L.C.,

                    Plaintiffs,                          07 Civ. 6903 (DLC)


                    - against -


JOHN P. LANTZ, M.D. and MARIE LANTZ,

                    Defendants.
-------------------------------------------------------------------x

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the

Judges and magistrate Judges of this Court to evaluate possible disqualification or recusal, the

undersigned counsel for Plaintiffs LOWER MANHATTAN DIALYSIS CENTER, INC., L-M

DIALYSIS CORPORATION, LANTZ-MATALON CHINATOWN ASSOCIATES, INC. and

CHINATOWN DIALYSIS CENTER, L.L.C. (collectively, the "*Plaintiffs*") hereby certifies that

there are no publicly-held parents or publicly held companies that own 10 percent or more of the

Plaintiffs.

Dated: New York, New York
         August 14, 2007

                              Respectfully submitted,

                              OTTERBOURG, STEINDLER, HOUSTON
                                 & ROSEN, P.C.

                              By:       s/Lloyd M. Green
                                      Lloyd M. Green (LG 9140)
                                      Of Counsel
                              Attorneys for Plaintiffs
                              230 Park Avenue
                              New York, New York 10169
                              (212) 661-9100