UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
LOWER MANHATTAN DIALYSIS CENTER, INC.,
L-M DIALYSIS CORPORATION, LANTZ-MATALON
CHINATOWN ASSOCIATES, INC., and CHINATOWN
DIALYSIS CENTER, L.L.C.,

         Plaintiffs,      07 Civ. 6903 (DLC)

    - against -         **CERTIFICATE
                         OF SERVICE**

JOHN P. LANTZ, M.D. and MARIE LANTZ,

         Defendants.
-----------------------------------------------------------------------x

   I hereby certify that on August 15, 2007, I caused to be served Plaintiffs' Certificate Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Plaintiffs' Notice of Appearance, by first class mail upon the following:

   Andre Shramenko, Esq.
   Deener, Stern & Hirsch, P.C.
   Two University Plaza, Suite 111
   Hackensack, New Jersey 07601

by causing the same to be enclosed in pre-paid, properly addressed wrappers, and placed in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
   August 15, 2007

               Respectfully submitted,

               OTTERBOURG, STEINDLER, HOUSTON
                 & ROSEN, P.C.

               By: ____/s/Lloyd M. Green_____
                  Lloyd M. Green (LG 9140)
                  Of Counsel
               Attorneys for Plaintiffs
               230 Park Avenue
               New York, New York 10169
               (212) 661-9100

866721.1