OTTERBOURG, STEINDLER, HOUSTON
   & ROSEN, P.C.
Attorneys for Plaintiffs
230 Park Avenue
New York, New York
(212) 661-9100
Bernard Beitel (BB 8832)
Lloyd M. Green (LG 9140)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
LOWER MANHATTAN DIALYSIS CENTER, INC.,
L-M DIALYSIS CORPORATION, LANTZ-MATALON
CHINATOWN ASSOCIATES, INC., and CHINATOWN
DIALYSIS CENTER, L.L.C.,

<table>
<tr><td>Plaintiffs,</td><td>07 Civ. 06903 (DLC)</td></tr>
<tr><td>- against -</td><td>**NOTICE OF MOTION<br>FOR REMAND FOR<br>LACK OF SUBJECT<br>MATTER JURISDICTION**</td></tr>
<tr><td>JOHN P. LANTZ, M.D. and MARIE LANTZ,</td><td></td></tr>
<tr><td>Defendants.</td><td></td></tr>
</table>

----------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the Declaration of Miriam Sinitzky, dated August

16, 2007 and the exhibits annexed thereto, the Declaration of Bernard Beitel, dated August 16,

2007 and the exhibits annexed thereto, including the Affidavit of Dang Dung Nguyen, M.D., and

the accompanying Memorandum of Law, together with all the prior pleadings and proceedings

had herein, Plaintiffs LOWER MANHATTAN DIALYSIS CENTER, INC., L-M DIALYSIS

CORPORATION, LANTZ-MATALON CHINATOWN ASSOCIATES, INC. and

CHINATOWN DIALYSIS CENTER, L.L.C. will move this Court before the Honorable Denise

L. Cote, at the United States Court House located at 500 Pearl Street, New York, New York for

an Order pursuant to 28 U.S.C. §1447(c) remanding this case to the Supreme Court of the State

of New York, County of New York on the grounds of lack of subject matter jurisdiction and

directing Defendants and each of them to pay to Plaintiffs the actual costs and expenses

(including attorneys' fees) that were incurred by Plaintiffs by reason of the removal, and for such

other and further relief as the Court may deem just and proper.

Dated: New York, New York
      August 16, 2007


OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.


By: _____

    Bernard Beitel (BB 8832)
    Attorneys for Plaintiffs
    230 Park Avenue
    New York, New York 10169
    (212) 661-9100


TO:    DEENER, STERN & HIRSH, P.C.
        2 University Plaza
        Hackensack, New Jersey 07601
        (201) 343-8788
        Attorneys for Defendants