UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LOWER MANHATTAN DIALYSIS CENTER, INC.,
L-M DIALYSIS CORPORATION, LANTZ-MATALON
CHINATOWN ASSOCIATES, INC., and CHINATOWN
DIALYSIS CENTER, L.L.C.,

                Plaintiffs,              07 Civ. 06903 (DLC)

                - against -

JOHN P. LANTZ, M.D. and MARIE LANTZ,

                Defendants.
-------------------------------------------------------------------x

## DECLARATION OF MIRIAM SINITZKY

        Pursuant to 28 U.S.C. § 1746, Miriam Sinitzky, declares under penalty of perjury:

        1.      I am the administrator for each of the Plaintiffs in the within action,

LOWER MANHATTAN DIALYSIS CENTER, INC. (*"LMDC"*), L-M DIALYSIS

CORPORATION (*"L-M"*), LANTZ-MATALON CHINATOWN ASSOCIATES, INC. and

CHINATOWN DIALYSIS CENTER, L.L.C. (*"CDC"*), and am the chief operating officer of

LMDC, L-M and CDC.  I am fully familiar with the facts set forth herein.

        2.      CDC was, and still is, a limited liability company organized and existing

under and pursuant to the laws of the State of New York since December 14, 2000.  A copy of

the Articles of Organization, together with the Certificate of Amendment of the Articles of

Organization, are collectively annexed as Exhibit "A".  Since commencing business operations,

CDC has maintained its place of business in the City, County and State of New York.  CDC is

engaged in the business of ownership, establishment, management and operation of a chronic

renal dialysis facility.

3.      At the outset, CDC was wholly-owned by LMDC.  However, on May 1, 2001, LMDC sold and transferred to Dang Dung Nguyen, M.D. (*"DR. NGUYEN"*) a ten (10%) percent membership interest in CDC.  Dr. Nguyen is a nephrologist actively engaged as a co-medical director of the chronic renal dialysis facility operated by CDC.

4.      At all times since May 1, 2001, CDC's business records evidence and reflect that Dr. Nguyen has resided at 7 Aspen Court, Warren, New Jersey 07059.  A redacted copy of the Schedule K-1 issued by CDC to Dr. Nguyen for the calendar year 2006 is attached as Exhibit "B".  The Schedule K-1 records Dr. Nguyen 's 10 percent interest in CDC and lists his place of residence as 7 Aspen Court, Warren, New Jersey.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 16th day of August, 2007, at New York, New York.

Miriam Sinitzky

862796.1

2

**Exhibit A**

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS                    ALBANY, NY 12231-0001

FILING RECEIPT
====================================================================
ENTITY NAME: CHINATOWN DIALYSIS CENTER, L.L.C.


DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)              COUNTY: NEWY

SERVICE COMPANY: CSC NETWORKS/PRENTICE HALL                   SERVICE CODE: 45 *

====================================================================
FILED:12/14/2000 DURATION:********   CASH#:001214000059 FILM #:001214000056

ADDRESS FOR PROCESS                                    EXIST DATE
-------------------                                    ----------
LOWER MANHATTAN DIALYSIS CENTER, INC.                  12/14/2000
323 EAST 34TH STREET
NEW YORK, NY 10016


REGISTERED AGENT
----------------



THIS FILING HAS AN ASSOCIATED PUBLICATION REQUIREMENT.  THE NEWSPAPERS IN
WHICH THIS PUBLICATION IS TO BE MADE ARE DESIGNATED BY THE COUNTY CLERK OF
THE COUNTY IN WHICH THE ENTITY'S OFFICE IS LOCATED. CONTACT THE RESPECTIVE
COUNTY CLERK FOR FURTHER INFORMATION.


====================================================================
FILER               FEES       235.00    PAYMENTS      235.00
-----               ----                               --------
                    FILING     200.00    CASH            0.00
LEBOEUF LAMB GREENE & MACRAE L.L.P.   TAX   0.00   CHECK    0.00
125 WEST 55TH STREET        CERT       0.00    CHARGE          0.00
                    COPIES      10.00 DRAWDOWN       235.00
NEW YORK, NY 10019-5389     HANDLING    25.00    BILLED          0.00
                                          REFUND          0.00
                                          ------
====================================================================
929465/AJC                                      DOS-1025 (11/89)

State of New York \
Department of State } ss:

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.

Witness my hand and seal of the Department of State on DEC 18 2000



Special Deputy Secretary of State

DOS-1266 (5/96)

12-12-00; 2:37PM;14th FLOOR                                      ;212 424 3600          # 2/ 2

*F*0012140000*56*

**CSC.45**

# ARTICLES OF ORGANIZATION

## OF

## CHINATOWN DIALYSIS CENTER, L.L.C.

### Under Section 203 of the Limited Liability Company Law

**FIRST:**     The name of the limited liability company shall be Chinatown Dialysis Center, L.L.C. (the "Company").

**SECOND:**    The effective date of these Articles of Organization is upon filing.

**THIRD:**     The office of the Company shall be located in New York County, State of New York.

**FOURTH:**    The purposes for which the Company is formed are:

(a)     to research the feasibility of establishing a diagnostic and treatment center or other health care facility dedicated to the delivery of dialysis and related services in the State of New York, County of New York, to patients in need of such services;

(b)     to conduct research and planning activities with respect to the establishment of such a diagnostic and treatment center or other health care facility in the State of New York, County of New York; and

*1*

(c)    to conduct any and all lawful activities which may be necessary, useful or desirable for the furtherance, accomplishment or attainment of the foregoing purposes, and to exercise such general powers and purposes in connection with the foregoing purposes as are permitted under the New York Limited Liability Company Law.

FIFTH:    The Secretary of State of the State of New York is designated as the agent of service for the Company upon whom process against it may be served. The post office address within the State of New York to which the Secretary of State shall mail a copy of any process against the Company served upon the Secretary of State is:

Lower Manhattan Dialysis Center, Inc.
323 East 34th Street
New York, New York 10016

SIXTH:    The Company shall not directly or indirectly participate in the ownership or operation of a diagnostic and treatment center, or any other facility licensed or certified pursuant to Article 28 of the New York State Public Health Law or any other statute or regulation, without first obtaining all applicable regulatory approvals and effecting appropriate amendments to these Articles of Organization. The Company shall not engage in the practice of the profession of medicine or any other profession required to be licensed under Title VIII of the Education Law of the State of New York, or operate a school, or engage in any other activity requiring approval of the New York State Commissioner of Education, without first obtaining all applicable regulatory approvals and effecting appropriate amendments to these Articles of Organization.



2

SEVENTH:  To the maximum extent permitted by law, the members of the Company shall have no liability of any kind for debts, liabilities, or any obligations of the Company.


IN WITNESS WHEREOF, this Articles of Organization have been subscribed this 11th day of December, 2000 by the undersigned who affirms that the statements made herein are true under penalties of perjury.

Alan H. Sonnenklar, Esq., Organizer
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, New York 10019

*3*

F001214000 056

CSC 45

# ARTICLES OF ORGANIZATION

## OF

## CHINATOWN DIALYSIS CENTER, L.L.C.

Section 203 of the Limited Liability Company Law

FILED

DEC 14   9 53 AM '00

Filer:

    Leboeuf Lamb Greene & Macrae L.l.p.
    125 West 55th Street
    New York, NY  10019-5389
Cust. Ref#929465/AJC

    DRAWDOWN



STATE OF NEW YORK
DEPARTMENT OF STATE
FILED DEC 1 4 2000
TAX $_____
BY:_____

4

001214000 059

FILING RECEIPT

========================================================================

ENTITY NAME: CHINATOWN DIALYSIS CENTER, L.L.C.


DOCUMENT TYPE: AMENDMENT (DOM LLC)                    COUNTY: NEWY
              PROVISIONS

SERVICE COMPANY: CT CORPORATION SYSTEM                SERVICE CODE: 07

========================================================================

FILED:12/31/2002 DURATION:********  CASH#:021231000128 FILM #:021231000123

ADDRESS FOR PROCESS
------------------



REGISTERED AGENT
-----------------



========================================================================
FILER                        FEES          95.00   PAYMENTS        95.00
-----                        ----                                  -------
                             FILING        60.00   CASH             0.00
HOLLAND & KNIGHT LLP         TAX            0.00    CHECK           95.00
195 BROADWAY                 CERT           0.00    CHARGE           0.00
                             COPIES        10.00  DRAWDOWN          0.00
NEW YORK, NY 10007-3189      HANDLING      25.00   BILLED           0.00
                                                   REFUND           0.00
                                                   ------
========================================================================
                                                   DOS-1025 (11/89)

*State of New York* }
ss:
*Department of State* }

*I hereby certify that the annexed copy has been compared with the original document filed by the Department of State and that the same is a true copy of said original.*

*Witness my hand and seal of the Department of State on*  **January 3, 2003**



*Secretary of State*

DOS-200 (Rev. 03/02)

Y021231000/23

CERTIFICATE OF AMENDMENT

OF THE

ARTICLES OF ORGANIZATION

OF

CHINATOWN DIALYSIS CENTER, L.L.C.

Under Section 211 of the Limited Liability Company Law

The undersigned, being the organizer and attorney-in-fact of Chinatown Dialysis Center, L.L.C. (the "Company"), hereby certifies:

1.    The name of the Company is Chinatown Dialysis Center, L.L.C.

2.    The Articles of Organization of the Company (the "Articles") were filed with the Department of State of the State of New York on December 14, 2000. The Company was formed under the Limited Liability Company Law of the State of New York (the "LLCL").

3.    Subparagraph (c) of Paragraph Fourth of the Articles is hereby renumbered as subparagraph (d) of Paragraph Fourth.

4.    The Articles are hereby amended to effect an enlargement of the purposes of the Corporation pursuant to Section 211 of the LLCL in accordance with the following provisions of Paragraph 5(b) hereof. Paragraph Fourth of the Articles is hereby amended to add the following new subparagraph (c) of Paragraph Fourth:

*1*

(c) to establish, own, operate and maintain a diagnostic and treatment center, as such term is defined in the New York State Public Health Law and the regulations issued pursuant thereto (collectively, the "PHL"), located at 150 Lafayette Street or at such other location as may be approved by the New York State Department of Health (the "Department") in accordance with the PHL, and to establish, own, operate and maintain such a diagnostic and treatment center, and any extension clinics or part-time clinics thereof, as such terms are defined in the PHL, as may be approved in accordance with the PHL.

5.    Paragraph Sixth of the Articles is hereby amended to provide the following:

SIXTH:    The Company shall not directly or indirectly participate in the ownership or operation of a diagnostic and treatment center, or any other facility licensed or certified pursuant to Article 28 of the New York State Public Health Law or any other statute or regulation, without first obtaining all applicable regulatory approvals and effecting appropriate amendments to these Articles of Organization. The Company shall not operate a school without first obtaining all applicable regulatory approvals and effecting appropriate amendments to these Articles of Organization.

6.    The Company shall be managed by one or more of its Members. To the extent required by applicable statutes and regulations, neither the management structure of the Company, nor the provisions of the Operating Agreement of the Company relating to the management structure of the Company, shall be deleted, modified or amended without the prior approval of the Department.

7.    Notwithstanding any provision of these Articles or the Operating Agreement of the Company to the contrary, transfers, assignments or other dispositions of membership interests or voting rights shall be effectuated in accordance with the applicable provisions of PHL § 2801-(a)(4)(b).

2

8.    The above amendments of the Articles were authorized by resolution of the members of the Company (the "Members") pursuant to the written consent of the Members, a copy of which is attached hereto as an exhibit.

IN WITNESS WHEREOF, this Certificate of Amendment has been signed as of the 18th day of March, by the undersigned, who affirms that the statements contained herein are true under penalties of perjury.

Alan H. Sonnenklar, Esq.
Organizer and Attorney-in-Fact
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
125 West 55th Street
New York, New York 10019
(212) 424-8000

3



STATE OF NEW YORK
DEPARTMENT OF HEALTH
CORNING TOWER BUILDING
ALBANY, N.Y. 12237

# PUBLIC HEALTH COUNCIL

December 3, 2002

Ms. Miriam Sinitzky
Chief Operating Officer
Lower Manhattan Dialysis Center
323 East 34th Street
New York, New York 10016

Re:   Certificate of Amendment of the Articles of Organization of Chinatown
         Dialysis Center, L.L.C.

Dear Ms. Sinitzky:

AFTER INQUIRY and INVESTIGATION and in accordance with action taken at a
meeting of the Public Health Council held on the 20th day of September, 2002, I hereby certify
that the Public Health Council consents to the filing of the Certificate of Amendment of the
Articles of Organization of Chinatown Dialysis Center, L.L.C., dated March 18, 2002.

Sincerely,

Karen S. Westervelt
Executive Secretary

4

021231000/28

# CERTIFICATE OF AMENDMENT

## OF THE

## ARTICLES OF ORGANIZATION

## OF

## CHINATOWN DIALYSIS CENTER, L.L.C.

### (Under Section 211 of the Limited Liability Company Law)

***************************

FILED

2002 DEC 31 PM 12: 18

Dec 21  2 CE PH '02

STATE OF NEW YORK
DEPARTMENT OF STATE

DEC 3 1 2002

HOLLAND & KNIGHT LLP
195 BROADWAY
NEW YORK, NY
10007-3189

FILED
TAX $ _____
BY: _____

Dec 30  4 05 PM '02

5

Dec 26  2 15 PM '02

021231000/28

**Exhibit B**

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2006**

For calendar year 2006, or tax
year beginning _____, 2006
ending _____

651106
OMB No. 1545-0099

☐ Final K-1      ☐ Amended K-1

**Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

**Partner's Share of Income, Deductions,
Credits, etc.**    ▶ **See separate Instructions.**

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
13-4163720

**B** Partnership's name, address, city, state, and ZIP code
Chinatown Dialysis Center, LLC
150 Lafayette Street
New York, NY 10013

**C** IRS Center where partnership filed return
Cincinnati, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** ☐ Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

**Part II   Information About the Partner**

**G** Partner's identifying number

**H** Partner's name, address, city, state, and ZIP code
Dang Dung Nguyen
7 Aspen Court
Warren, NJ 07059

**I** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?  **Individual**

**L** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 10.00000 % | 10.00000 % |
| Loss | 10.00000 % | 10.00000 % |
| Capital | 10.00000 % | 10.00000 % |

**M** Partner's share of liabilities at year end:
Nonrecourse ............ $
Qualified nonrecourse financing ........ $        0.
Recourse ............ $

**N** Partner's capital account analysis:
Beginning capital account ............. $
Capital contributed during the year ..... $
Current year increase (decrease) ...... $
Withdrawals and distributions ......... $
Ending capital account ................ $

☐ Tax basis   ☐ GAAP   ☒ Section 704(b) book
☐ Other (explain)

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

**FOR IRS USE ONLY**

BAA For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2006

PTPA0312  12/08/06

Schedule K-1 (Form 1065) 2006   Dang Dung Nguyen                                    13-4163720                    Page 2

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file
Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for
your income tax return.



| | | **Report on** |
|---|---|---|
| **1** | Ordinary business income (loss). You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows: | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | Net rental real estate income (loss) | See the Partner's Instructions |
| **3** | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| **4** | Guaranteed payments | Schedule E, line 28, column (j) |
| **5** | Interest income | Form 1040, line 8a |
| **6a** | Ordinary dividends | Form 1040, line 9a |
| **6b** | Qualified dividends | Form 1040, line 9b |
| **7** | Royalties | Schedule E, line 4 |
| **8** | Net short-term capital gain (loss) | Schedule D, line 5, column (f) |
| **9a** | Net long-term capital gain (loss) | Schedule D, line 12, column (f) |
| **9b** | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| **9c** | Unrecaptured section 1250 gain | See the Partner's Instructions |
| **10** | Net section 1231 gain (loss) | See the Partner's Instructions |
| **11** | Other income (loss) | |

**Code**

| | | |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Section 1256 contracts and straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |
| **12** | Section 179 deduction | See the Partner's Instructions |
| **13** | Other deductions | |
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (30%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Investment interest expense | Form 4952, line 1 |
| H | Deductions — royalty income | Schedule E, line 18 |
| I | Section 59(e)(2) expenditures | See the Partner's Instructions |
| J | Deductions — portfolio (2% floor) | Schedule A, line 22 |
| K | Deductions — portfolio (other) | Schedule A, line 27 |
| L | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| M | Educational assistance benefits | See the Partner's Instructions |
| N | Dependent care benefits | Form 2441, line 12 |
| O | Preproductive period expenses | See the Partner's Instructions |
| P | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| Q | Pensions and IRAs | See the Partner's Instructions |
| R | Reforestation expense deduction | See the Partner's Instructions |
| S | Domestic production activities information | See Form 8903 Instructions |
| T | Qualified production activities income | Form 8903, line 7 |
| U | Employer's W-2 wages | Form 8903, line 13 |
| V | Other deductions | See the Partner's Instructions |
| **14** | Self-employment earnings (loss) | |

Note. If you have a section 179 deduction or any partner-level deductions, see the
Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |
| **15** | Credits | |
| A | Low-income housing credit (section 42(j)(5)) | |
| B | Low-income housing credit (other) | |
| C | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| D | Other rental real estate credits | |
| E | Other rental credits | |
| F | Undistributed capital gains credit | Form 1040, line 70; check box a |
| G | Credit for alcohol used as fuel | See the Partner's Instructions |
| H | Work opportunity credit | |
| I | Welfare-to-work credit | See the Partner's Instructions |
| J | Disabled access credit | |

**Code**

| | | **Report on** |
|---|---|---|
| K | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| L | Credit for increasing research activities | |
| M | New markets credit | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | Form 1040, line 64 |
| P | Other credits | See the Partner's Instructions |
| **16** | Foreign transactions | |
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

*Foreign gross income sourced at partnership level*

| | | |
|---|---|---|
| D | Passive | |
| E | Listed categories | Form 1116, Part I |
| F | General limitation | |

*Deductions allocated and apportioned at partner level*

| | | |
|---|---|---|
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at partnership level to
foreign source income*

| | | |
|---|---|---|
| I | Passive | |
| J | Listed categories | Form 1116, Part I |
| K | General limitation | |

*Other information*

| | | |
|---|---|---|
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |
| **17** | Alternative minimum tax (AMT) items | |
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |
| **18** | Tax-exempt income and nondeductible expenses | |
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |
| **19** | Distributions | |
| A | Cash and marketable securities | See the Partner's Instructions |
| B | Other property | See the Partner's Instructions |
| **20** | Other information | |
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest — completed long-term contracts | See Form 8697 |
| K | Look-back interest — income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deductions | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | See the Partner's Instructions |
| R | Interest allocable to production expenditures | |
| S | CCF nonqualified withdrawals | |
| T | Information needed to figure depletion — oil and gas | |
| U | Amortization of reforestation costs | |
| V | Unrelated business taxable income | |
| W | Other information | |

Chinatown Dialysis Center, LLC   13-4163720

1

Schedule K-1 (Dang Dung Nguyen), Supplemental Information
Supplemental Information

Item N (c) - Capital account adjustments:
  Ordinary income (loss)
  Other deductions
  Depreciation
  Amounts paid for medical insurance
     Total