# EXHIBIT E

## AFFIDAVIT OF DANG DUNG NGUYEN, M.D.

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DANG DUNG NGYUEN, M.D. being duly sworn deposes and says:

I am a nephrologist who is actively engaged as co-medical director of plaintiff CHINATOWN DIALYSIS CENTER, L.L.C.'s ("*CDC*") chronic renal dialysis facility located in New York, New York. Since May 1, 2001, I am and have been a holder of a ten (10%) percent membership interest in CDC. At all times since May 1, 2001, I have and continue to reside at 7 Aspen Court, Warren, New Jersey 07059.

_____
Dang Dung Nguyen, M.D.

Sworn to before me
this August 16, 2007

_____
NOTARY PUBLIC

MYRNA O. DACILLO
Notary Public, State of New York
No. 31-5069445
Qualified in New York County
Commission Expires 11/25/2010