UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOWER MANHATTAN DIALYSIS CENTER, INC.,
L-M DIALYSIS CORPORATION, LANTZ-MATALON
CHINATOWN ASSOCIATES, INC., and CHINATOWN
DIALYSIS CENTER, L.L.C.,

                       Plaintiffs,                       07 Civ. 6903 (DLC)

                     - against -                     **CERTIFICATE OF SERVICE**

JOHN P. LANTZ, M.D. and MARIE LANTZ,

                       Defendants.
------------------------------------------------------------------x

       I hereby certify that on August 16, 2007, I caused to be served Plaintiffs' Motion for Remand and Accompanying Declarations and Exhibits, and memorandum of Law, by first class mail upon the following:

       Andre Shramenko, Esq.
       Deener, Stern & Hirsch, P.C.
       Two University Plaza, Suite 111
       Hackensack, New Jersey 07601

by causing the same to be enclosed in pre-paid, properly addressed wrappers, and placed in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
       August 16, 2007

                                             Respectfully submitted,

                                             OTTERBOURG, STEINDLER, HOUSTON
                                               & ROSEN, P.C.

                                             By: ____/s/Lloyd M. Green_____
                                                   Lloyd M. Green (LG 9140)
                                                   Of Counsel
                                            Attorneys for Plaintiffs
                                            230 Park Avenue
                                            New York, New York 10169
                                            (212) 661-9100

866721.2