# DEENER, HIRSCH & SHRAMENKO

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

TWO UNIVERSITY PLAZA
SUITE 111
HACKENSACK, N.J. 07601
TELEPHONE (201) 343-8788
FACSIMILE (201) 343-4640

www.deenerlaw.com

**MEMO ENDORSED**

JEROME A. DEENER*
DEBRA T. HIRSCH*
ANDRE SHRAMENKO*

ERICA J. GOLDBERG, Counsel**

ADAM M. GRENKER, Senior Associate**

FRANK AGOSTINO, of Counsel*
HENNA V. SHAH, of Counsel***
ROBERT A. STERN, of Counsel*

NEW YORK OFFICE
821 Franklin Avenue, Ste. 203
Garden City, NY 11530
(516) 739-6048

*Member of NY & NJ Bar
**Member of NY Bar Only
***Member of NY, NJ, CA Bar

August 22, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

RECEIVED
AUG 23 2007
CHAMBERS OF
DENISE COTE

**Via Hand Delivery**
Honorable Denise Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY  10007

Re:  **Lower Manhattan Dialysis Center, Inc.
et al. v. John P. Lantz, M.D. et al.**
07 Civ. 06903 (DLC)

Dear Judge Cote:

Our firm represents Defendants, John P. Lantz, M.D. and Marie Lantz, in the above-designated action. We are writing to request an extension of time within which to file and serve Defendants' opposition to Plaintiffs' motion to remand this action to the State Court ("Plaintiffs' Motion").

Plaintiffs' Motion was served by mailing on August 16, 2007. Under the ten-day period of time provided by Local Rule 6.1, the original date for Defendants' opposition to Plaintiffs' motion is August 26, 2007. Since August 26, 2007 is a Sunday, the original date for Defendants' opposition is extended to Monday, August 27, 2007 by Fed. R. Civ. Pro. 6.

There have not been any previous requests for adjournment or extension of Plaintiffs' Motion.

Defendants' respectfully request that the time to file and serve Defendants' opposition to Plaintiffs' Motion be extended from August 27, 2007 to September 5, 2007, and that the time within which Plaintiffs shall file and serve their reply to Defendants' opposition be extended to September 14, 2007. Plaintiffs' attorney, Bernard Beitel, Esq. consents to our requested extension of time.

Therefore, we respectfully request that the Court allow for Defendants' opposition to Plaintiffs' motion to be filed and served by September 5,

LAW OFFICES
# DEENER, HIRSCH & SHRAMENKO
A PROFESSIONAL CORPORATION

Honorable Denise Cote, U.S.D.J.
August 22, 2007
Page 2


2007, and that the Court allow for Plaintiffs' reply to Defendants' opposition to be filed and served by September 14, 2007.

Thank you for Your Honor's attention to this matter.

                                      Respectfully,
                                      **DEENER, HIRSCH & SHRAMENKO, P.C.**

                                      Andre Shramenko

AS:jac
cc:  Bernard Beitel, Esq. (via fax 212-682-6104 and email)
     John M. Manfredonia, Esq. (via fax 201-227-1936)
     Mrs. Marie Lantz

*Granted.*
*Reply is due 9/18.*

*Denise Cote*
*August 23, 2007*