# EXHIBIT A

Meeting held on Sunday, May 20th, 2007
Present: Robert Matalon, John P. Lantz, Marie Lantz

Re: Subject matter relating to Lower Manhattan Dialysis Center (LMDC), LM Dialysis Corporation (L-M), and Lantz-Matalon Chinatown Associates.

The following were agreed and consented to:

① Lantz-Matalon Chinatown Associates will be bought out of its lease at 150 Lafayette Street, NY, NY, currently the site of the Chinatown Dialysis Center, for the sum of 15 million dollars. The proceeds will be disbursed as follows:

a) 4 million dollars will be set aside in LMDC for the relocation, renovation and re-equipping of Chinatown Dialysis Center and related costs.

b) The remaining 11 million dollars to will be divided equally between John P. Lantz and Robert Matalon, except that:

c) up to 10% of the 11 million dollars, less expenses including professional fees and other related costs, to be paid to Miriam Sinitsky in recognition of her future role in the operation and expansion of LMDC and related entities.

② LMDC and L-M agree and consent that Robert Matalon will pursue negotiations with Bellevue Hospital and the Health and Hospital Corporation of NY (HHC), to personally proceed with providing dialysis services in Bellevue Hospital under his own entity.

_____          _____
Robert Matalon, shareholder,        Marie Lantz, as attorney-in-fact
LMDC, L-M, Lantz-Matalon Chinatown  for John P. Lantz, shareholder,
Associates                          LMDC, L-M, Lantz-Matalon
                                    Chinatown Associates