# EXHIBIT D

e A. Deener
_____

| | |
|---|---|
| From: | Arthur Katz [AKatz@oshr.com] |
| Sent: | Friday, July 27, 2007 4:28 PM |
| To: | Jerome A. Deener |
| Cc: | manfredonia@verizon.net |
| Subject: | RE: Lantz |



Document.pdf (1 MB)

        Mr. Deener:

Mindful of the short deadline contained in your letter to me of July 20, attached to this email is our and our clients' response.

Regards

---------------
Arthur A. Katz
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169-0075
telephone no:   (212) 905-3629
switchboard no: (212) 661-9100
direct fax no:   (917) 368-7148
mail room fax no:   (212) 682-6104 or 6862
email:  akatz@oshr.com
website:  http://www.oshr.com
------------
NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient of this message, or the employee or agent responsible for delivering this message to the intended recipient, you are advised that any dissemination, distribution or copying of this message or acting on the information contained in this message, may be a violation of applicable law and is strictly prohibited.  If you have received this message in error, please notify the sender immediately, by replying to this message.


-----Original Message-----
From: Jerome A. Deener [mailto:jdeener@deenerlaw.com]
Sent: Monday, July 23, 2007 12:44 PM
To: Arthur Katz
Cc: manfredonia@verizon.net
Subject: Lantz

Please see attached letter.

Sincerely,

Jerome A. Deener
Deener, Stern & Hirsch, P.C.
Two University Plaza
Hackensack, NJ 07601
201-343-8788
email jdeener@deenerlaw.com

1