# EXHIBIT E



Dear Mrs. Lantz and Dr. P. Lantz
Words can not express my gratitude
for your kindness. It was so wonderful
to see you and Perry at my dinner functi[on]
I'm forever grateful.

*Thank you for being*

*the blessing you are*

*to all who know you.*

Many blessings to
you and your
wonderful family

love

Kaylie