UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWER MANHATTAN DIALYSIS CENTER, INC. L-M DIALYSIS CORPORATION, LANTZ-MATALON CHINATOWN ASSOCIATES, INC. and CHINATOWN DIALYSIS CENTER, L.L.C., <br><br> Plaintiffs <br><br> -against- <br><br> JOHN P. LANTZ, M.D. and MARIE LANTZ, <br><br> Defendants | 07 Civ. 06903 (DLC) |

**ERRATA PAGE TO DECLARATION OF MARIE LANTZ**

1.  In Paragraph 14, lines 5 - 7, of the Declaration of Marie Lantz, executed on September 4, 2007, <u>delete</u>: "the landlord-tenant matter that is referenced in the Subject Document" and <u>substitute</u>: "a health insurance matter." The following are the texts of the initial sentence and the corrected sentence at that location:


a.  <u>Text of initial sentence</u>: "Prior to Dr. Matalon's Sunday visit to my house on May 20, 2007, Dr. Matalon's attorneys were communicating with my attorneys about the landlord-tenant matter that is referenced in the Subject Document."

b.  <u>Text of corrected sentence</u>:  "Prior to Dr. Matalon's Sunday visit to my house on May 20, 2007, Dr. Matalon's attorneys were communicating with my attorneys about a health insurance matter."

Date:    Hackensack, New Jersey
         September 10, 2007

                        Respectfully submitted,
                        Deener, Hirsch & Shramenko, P.C.

                    By: *[signature]*
                        Andre Shramenko (AS 1309)
                        Attorneys for Defendants
                        2 University Plaza
                        Hackensack, NJ 07601
                        (201) 343-8788