UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOWER MANHATTAN DIALYSIS CENTER, INC.  :
L-M DIALYSIS CORPORATION, LANTZ-       :
MATALON CHINATOWN ASSOCIATES, INC.     :
and CHINATOWN DIALYSIS CENTER,         :
L.L.C.,                                :
                                       :  07 Civ. 06903 (DLC)
                    Plaintiffs         :
                                       :
        -against-                      :
                                       :
JOHN P. LANTZ, M.D. and MARIE LANTZ,   :
                                       :
                    Defendants         :
                                       :

---

## CERTIFICATE OF SERVICE

I, Andre Shramenko, one of the counsel for Defendants, John P. Lantz, M.D. and Marie Lantz, and a member of the Bar of the United States District Court for the Southern District of New York, hereby certify that, on the 5th day of September, 2007, I served two (2) copies of the following papers:

a. Declaration of Marie Lantz, dated September 4, 2007, with Exhibits A-F;

b. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Remand and For Costs, Expenses and Attorney Fees under 28 U.S.C. §1447(c), dated September 5, 2007,

1

On each of the several parties thereto, as follows:

1. On the named Plaintiffs, Lower Manhattan Dialysis Center, Inc., L-M Dialysis Corporation, Lantz-Matalon Chinatown Associates, Inc. and Chinatown Dialysis Center, L.L.C., by hand delivery on September 5, 2007 to their attorney of record, Bernard Beitel, Esq., at his law offices at Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, New York, NY 10169-0075.

It is further certified that all parties required to be served have been served, and that the list of such parties is as set forth above.

Dated:   September 6, 2007

>                Respectfully submitted,
>                Deener, Stern & Shramenko, P.C.
>
>                By: _____
>                Andre Shramenko (AS 1309)
>                Attorneys for Defendants
>                2 University Plaza
>                Hackensack, NJ 07601
>                (201) 343-8788